UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAHEEL BEHNAM POTRIS,

      Plaintiff,                   Case No. 2:15-cv-11309
                                        Judge Paul D. Borman
v.                                    Magistrate Judge Anthony P. Patti

DEPARTMENT OF HOMELAND
SECURITY, et al.,

      Defendants.
_____/

## ORDER STRIKING NOVEMBER 19, 2015 REPORT AND RECOMMENDATION (DE 17)

The Clerk of the Court is DIRECTED to strike the report and recommendation filed on November 19, 2015 (*see* DE 17), due to a citation error, which will be corrected by a new version to be filed forthwith.

**IT IS SO ORDERED.**

Dated: November 20, 2015         s/Anthony P. Patti
                                          ANTHONY P. PATTI
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 20, 2015, by electronic means and/or ordinary mail.

                                                                     s/Holly A. Monda
                                                                     Acting Case Manager, in the absence of
                                                                     Michael Williams