UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAHEEL BEHNAM POTRIS,

    Plaintiff,

                                                   Case No. 15-11309

v.

                                                   Paul D. Borman
                                                   United States District Judge

SECRETARY OF DEPARTMENT
OF HOMELAND SECURITY,                      Anthony P. Patti
                                                   United States Magistrate Judge

    Defendant.
_____/

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF NO. 19) AND
DENYING PLAINTIFF'S APPLICATION FOR COSTS AND FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (ECF NO. 9)

    Before the Court is Magistrate Judge Anthony P. Patti's November 20, 2015 Report and Recommendation regarding Plaintiff's Application for Attorneys' Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (Report and Recommendation, ECF No. 19).  As set forth in the Report and Recommendation, the Magistrate Judge recommends that this Court deny Plaintiff's Application for Attorneys' Fees because Plaintiff is not entitled to "prevailing party" status under the EAJA.

    Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 19); and DENIES Plaintiff's

Application for Attorney's Fees under the Equal Access to Justice Act (ECF No. 9).

    IT IS SO ORDERED.

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 18, 2015.

                              s/Deborah Tofil
                              Case Manager